LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY  Bar No. 89314
lpadway@padway.com
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:     (510) 814-0680
Facsimile:     (510) 814-0650

Attorneys for Plaintiff
Cinda Kroll

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendant Kaiser Foundation Health Plan
Long Term Disability Plan and Real Party in Interest
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cinda Kroll,<br><br>                Plaintiff,<br><br>    v.<br><br>Kaiser Foundation Health Plan Long Term Disability Plan,<br><br>                Defendant. | Case No. 3:11-cv-03863 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE UNTIL AFTER RULING ON MOTION TO COMPEL IME** |
| AND RELATED COUNTERCLAIM | |

     IT IS HEREBY STIPULATED by and between plaintiff Cinda Kroll ("plaintiff"), defendant Kaiser Foundation Health Plan Long Term Disability Plan ("Plan"), and Real Party in Interest Metropolitan Life Insurance Company ("MetLife"):

STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CMC

On August 23, 2011, the Court set a Case Management Conference for February 3, 2012. (ECF No. 6.) On October 21, 2011, the Plan and MetLife filed a Motion for Order Directing Plaintiff to Sit for an IME (hereinafter "Motion"). (ECF No. 12.) The hearing for the Motion is currently set for February 24, 2012.

The parties believe that the February 3, 2012 Case Management Conference should be continued in the interests of judicial economy until there is a ruling on the motion. Therefore, the parties respectfully request that the Court continue the Case Management Conference until it rules on the Motion.

IT IS SO STIPULATED, AGREED AND RESPECTFULLY REQUESTED:

DATED: January 27, 2012      LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway (as authorized on 1/27/2012)
    Laurence F. Padway
    Attorneys for Plaintiff Cinda Kroll

DATED: January 27, 2012      SEDGWICK LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Attorneys for Defendant Kaiser Foundation Health Plan
    Long Term Disability Plan and Real Party in Interest
    Metropolitan Life Insurance Company

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the Case Management Conference currently set for February 3, 2012 is vacated, and will be rescheduled to ~~February 24,~~ March 2 2012, ~~to be held concurrently with the hearing on the Motion scheduled for that date.~~

IT IS SO ORDERED.

DATED: January 31, 2012

_____
Honorable Jeffrey S. White
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CMC