IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CINDA KROLL,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN and METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

                                         /

No. C 11-03863 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In their joint case management statement, the parties informed the Court that real party in interest Metropolitan Life Insurance Company ("MetLife") has agreed to pay plaintiff Cinda Kroll ("Plaintiff") long term disability benefits under the "any occupation" definition of disability. Thus, the major dispute between the parties in this case has been resolved. Accordingly, the Court VACATES the case management conference.

The Court FURTHER ORDERS that the parties meet and confer regarding any outstanding issues, including interest and attorney's fees, by no later than March 9, 2012.

///

///

///

///

Plaintiff shall file a motion on any of the issues the parties are unable to resolve by no later than March 30, 2012.

**IT IS SO ORDERED.**

Dated: March 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE