1  LAW OFFICES OF LAURENCE F. PADWAY
   LAURENCE F. PADWAY  Bar. No. 83914
2  lpadway@padway.com
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone:  (510) 814-6100
4  Facsimile:  (510) 814-0650

5  Attorneys for Plaintiff Cinda Kroll

6

   SEDGWICK LLP
7  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
8  ERIN A. CORNELL  Bar No. 227135
   Erin.cornell@sedgwicklaw.com
9  333 Bush Street, 30th Floor
   San Francisco, California 94104
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11
   Attorneys for Defendants Kaiser Foundation
12 Health Plan Long Term Disability Plan and
   Metropolitan Life Insurance Company
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 Cinda Kroll, | CASE NO. C11-cv-03863 JSW |
| 18     Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINE** |
| 19     v. | **TO FILE ANY MOTIONS IN CONFORMITY WITH THE COURT'S** |
| 20 Kaiser Foundation Health Plan Long Term Disability Plan and Metropolitan Life | **ORDER OF MARCH 1, 2012** |
| 21 Insurance Company | |
| 22     Defendants. | Hon. Jeffrey S. White |

23

24

25     The parties, through their respective counsel, hereby jointly stipulate to extend the time

26 to file any motion in conformity with the court's order of March 1, 2012.  The order requires

27 filing on or before March 30.  A continuance to the next business day, April 2, 2012, is requested

28 (1) to allow additional time for discussions to resolve some of the issues and (2) Plaintiff's

1  counsel will be out of state on March 30, 3012 and requires an additional day to complete the
2  filings required on the unresolved matters.
3
4       IT IS SO AGREED AND STIPULATED.
5
6
7  DATED:  March 29, 2012          LAW OFFICES OF LAURENCE F. PADWAY
8
9
                                    By: /s/ Laurence F. Padway
10                                       Laurence F. Padway
                                         Attorneys for Plaintiff Cinda Kroll
11
12 DATED:  March 29, 2012          SEDGWICK LLP
13
14                                  By:  /s/ Erin A. Cornell
                                         Rebecca A. Hull
15                                       Erin A. Cornell
                                         Attorneys for Defendants Kaiser Foundation Health Plan
16                                       Long Term Disability Plan and Metropolitan Life
                                         Insurance Company
17
18
19
20
21
22
23
24
25
26
27
28

1
2
**ORDER**

3    It is so ordered. The briefing schedule set forth in the parties' stipulation is adopted.

4   Dated:  March 29, 2012                          /s/ Jeffrey S. White

5                                                   Hon. Jeffrey S. White
                                                    UNITED STATES DISTRICT COURT
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28