1   LAW OFFICES OF LAURENCE F. PADWAY
    LAURENCE F. PADWAY  Bar. No. 83914
2   lpadway@padway.com
    1516 Oak Street, Suite 109
3   Alameda, California 94501
    Telephone:  (510) 814-6100
4   Facsimile:  (510) 814-0650

5   Attorneys for Plaintiff Cinda Kroll

6

    SEDGWICK LLP
7   REBECCA A. HULL  Bar No. 99802
    rebecca.hull@sedgwicklaw.com
8   ERIN A. CORNELL  Bar No. 227135
    Erin.cornell@sedgwicklaw.com
9   333 Bush Street, 30th Floor
    San Francisco, California 94104
10  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
11
    Attorneys for Defendants Kaiser Foundation
12  Health Plan Long Term Disability Plan and
    Metropolitan Life Insurance Company
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  Cinda Kroll, | CASE NO. C11-cv-03863 JSW |
| 18        Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE ANY MOTIONS IN CONFORMITY WITH THE COURT'S ORDER OF MARCH 1, 2012** |
| 19        v. | |
| 20  Kaiser Foundation Health Plan Long Term Disability Plan and Metropolitan Life | |
| 21  Insurance Company | |
| 22        Defendants. | Hon. Jeffrey S. White |
| 23 | |

24

25      The parties, through their respective counsel, hereby jointly stipulate to extend the time

26  to file any motion in conformity with the court's order of March 1, 2012.  The order requires

27  filing on or before March 30.  A continuance to the next business day, April 2, 2012, is requested

28  (1) to allow additional time for discussions to resolve some of the issues and (2) Plaintiff's

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION S

1  counsel will be out of state on March 30, 3012 and requires an additional day to complete the

2  filings required on the unresolved matters.

3

4       IT IS SO AGREED AND STIPULATED.

5

6

7  DATED:  March 29, 2012        LAW OFFICES OF LAURENCE F. PADWAY

8

9

10                              By:/s/ Laurence F. Padway
                                    Laurence F. Padway
                                    Attorneys for Plaintiff Cinda Kroll

11

12  DATED:  March 29, 2012        SEDGWICK LLP

13

14                              By:  /s/ Erin A. Cornell
                                    Rebecca A. Hull

15                                  Erin A. Cornell
                                    Attorneys for Defendants Kaiser Foundation Health Plan

16                                  Long Term Disability Plan and Metropolitan Life
                                    Insurance Company

17

18

19

20

21

22

23

24

25

26

27

28

SF/1669113v1                                    -2-                    CASE NO. C11-cv-03863 JSW

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION S

1

**ORDER**

2

3          It is so ordered.  The briefing schedule set forth in the parties' stipulation is adopted.

4   Dated: ____March 29, 2012____                    _____

5                                                                    Hon. Jeffrey S. White
                                                                     UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTION S