IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDA KROLL,<br><br>    Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants.<br>_____/ | No. C 11-03863 JSW<br><br>**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

Pursuant to Local Rule 72-1, Plaintiff Cinda Kroll's motion for attorneys' fees and costs is HEREBY REFERRED to Magistrate Judge Laurel Beeler to prepare a report and recommendation. The hearing date noticed for Friday, June 29, 2012 for the motion for attorneys' fees and costs is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk