<div style="writing-mode: vertical">UNITED STATES DISTRICT COURT
For the Northern District of California</div>

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 Northern District of California

10 San Francisco

11 CINDA KROLL,                         No. C 11-03863 JSW (LB)

12           Plaintiff,                 **NOTICE OF REFERRAL AND ORDER**

13    v.

                                                   [Re: ECF Nos. 30, 41]

14 KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, et al.,

15

          Defendants.

16 _____/

17 TO ALL PARTIES AND COUNSEL OF RECORD:

18      The district court has referred Plaintiff's motion to attorney's fees and costs to United States

19 Magistrate Judge Laurel Beeler for a report and recommendation. Referral Order, ECF No.41; *see*

20 Motion for Fees and Costs, ECF No. 30. The parties are directed to submit, no later than May 25,

21 2012, copies of their papers to the court for its review. The court will review the papers and

22 determine whether a hearing is necessary. The parties must comply with the Federal Rules of Civil

23 Procedure, the Local Rules of Civil Procedure, and Judge Beeler's standing order, which is attached,

24 including the meet-and-confer procedures regarding resolution of discovery disputes.

25     **IT IS SO ORDERED.**

26 Dated: May 17, 2012                             _____

27                                                       LAUREL BEELER
                                                      United States Magistrate Judge

28

NOTICE OF REFERRAL AND HEARING DATE
C 11-03863 JSW (LB)