**UNITED STATES DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

Northern District of California

San Francisco

| | |
|---|---|
| CINDA KROLL,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN LONG TERM DISABILITY PLAN, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03863 JSW (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF Nos. 30, 41] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiff's motion to attorney's fees and costs to United States Magistrate Judge Laurel Beeler for a report and recommendation. Referral Order, ECF No.41; *see* Motion for Fees and Costs, ECF No. 30. The parties are directed to submit, no later than May 25, 2012, copies of their papers to the court for its review. The court will review the papers and determine whether a hearing is necessary. The parties must comply with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure, and Judge Beeler's standing order, which is attached, including the meet-and-confer procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: May 17, 2012

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND HEARING DATE
C 11-03863 JSW (LB)